(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>District of Maine | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Irving Tanning Company** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**IT Acquisition Corporation; Irving Split Company; Irving HealthShield; Irving Furniture Division** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>01-00733201 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Three Main Street**<br>**Hartland, ME 04923-0400** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**01-10586** |
| County of Residence or of the<br>Principal Place of Business: **Somerset** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor **Hartland, ME**<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☑ Chapter 11 | ☐ Chapter 13 |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ☑ Business | ☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED AND FILED
2001 MAR 29 PM 5: 50
BANKRUPTCY COURT
PORTLAND, MAINE

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☑ | 1000-over ☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |





(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Irving Tanning Company** | FORM B1, Page 2 |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _(signed)_
Signature of Attorney for Debtor(s)

**Robert J. Keach, 2289**
Printed Name of Attorney for Debtor(s) / Bar No.

**Bernstein, Shur, Sawyer & Nelson**
Firm Name

**One Hundred Middle Street  P.O. Box 9729**
Address

**Portland, ME 04104-5029**

**207-774-1200**
Telephone Number

**3/29/01**
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☑ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed) David Middleton_
Signature of Authorized Individual

**David Middleton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**3/29/01**
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X __Not Applicable__
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## District of Maine

In re: **Irving Tanning Company**
**01-00733201**

Case No.
Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to debtor's condition on **01/31/01**.

   a. Total assets                                         $ **55,384,900**

   b. Total debts (including debts listed in 2.c., below)  $ **62,267,000**

   |   |   | Approximate number of holders |
   |---|---|---|
   | c. Debt securities held by more than 500 holders. | | |
   | secured    unsecured    subordinated | | |
   | d. Number of shares of preferred stock | 5000 | 1 |
   | e. Number of shares of common stock | 10000 | 24 |

   Comments, if any:

3. Brief description of debtor's business:

**Treatment of leather hides and preparation of hides for sale to manufacturers**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Irving Schweitzer Asia - f/k/a Irving Asian Partners, Ltd.
Irving Tanning Leather Co., Inc.
Irving Far East Limited
Vista Leather International Corporation
Irving Latin American Partners, Ltd.**

# United States Bankruptcy Court
## District of Maine

In re: **Irving Tanning Company**
01-00733201

Case No.
Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IBP Inc.<br>Attn: Fred Locke, AVP<br>800 Stevens Port Drive, Suite 722<br>Dakota Dunes, SD 57049-8722 | 605-235-2388<br>IBP Inc.<br>Attn: Fred Locke, AVP<br>800 Stevens Port Drive, Suite 722<br>Dakota Dunes, SD 57049-8722 | | | $970,510.00 |
| BASF Corp.<br>Attn: Lou Pezzetta, Credit Manager<br>3000 COntinental Drive North<br>Mailstop 3AAA-160<br>Mount Olive, NJ 07828 | 973-426-3694<br>BASF Corp.<br>Attn: Lou Pezzetta, Credit Manager<br>3000 COntinental Drive North<br>Mailstop 3AAA-160 | | | $204,977.97 |
| Tannin Corporation<br>Attn: Marcia Phillips, Credit Mgr.<br>P.O. Box 606<br>Peabody, MA 01960 | 800-421-0248<br>Tannin Corporation<br>Attn: Marcia Phillips, Credit Mgr.<br>P.O. Box 606<br>Peabody, MA 01960 | | | $132,100.93 |
| Stahl USA<br>Attn: Ramon Marte, Credit Mgr.<br>P.O. Box 3039<br>13 Corwin Street<br>Peabody, MA 01961 | 978-531-0371<br>Stahl USA<br>Attn: Ramon Marte, Credit Mgr.<br>P.O. Box 3039<br>13 Corwin Street | | | $110,266.58 |
| TFL USA/Canada Inc.<br>Attn: Ann Wyatt, Credit Mgr.<br>P.O. Box 890309<br>Charlotte, NC 28289-0309 | 336-297-2725<br>TFL USA/Canada Inc.<br>Attn: Ann Wyatt, Credit Mgr.<br>P.O. Box 890309<br>Charlotte, NC 28289-0309 | | | $108,231.60 |
| Clariant Corporation<br>Attn: Walter Fowlkes, Credit Mgr.<br>3597 Collection Center Drive<br>Chicago, IL 60693 | 704-331-7057<br>Clariant Corporation<br>Attn: Walter Fowlkes, Credit Mgr.<br>3597 Collection Center Drive<br>Chicago, IL 60693 | | | $94,989.46 |
| Butler Bros.<br>Attn: Pat Butler<br>2001 Lisbon Street<br>P.O. Box 1375<br>Lewiston, ME 04243-1375 | 888-784-6875<br>Butler Bros.<br>Attn: Pat Butler<br>2001 Lisbon Street<br>P.O. Box 1375 | | | $91,400.10 |

In re: **Irving Tanning Company**  
01-00733201

Case No.  
Chapter 11

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sprague Energy Corp.<br>Attn: Cathy Parren, Credit Mgr.<br>2 International Drive<br>Portsmouth, NH 03801 | 603-430-7220<br>Sprague Energy Corp.<br>Attn: Cathy Parren, Credit Mgr.<br>2 International Drive<br>Portsmouth, NH 03801 | | | $89,395.06 |
| Collier Shannon Scott<br>Attn: Karen Heymann<br>3050 K Street NW, Suite 400<br>Washington, DC 20007 | 202-945-6616<br>Collier Shannon Scott<br>Attn: Karen Heymann<br>3050 K Street NW, Suite 400<br>Washington, DC 20007 | | | $76,699.26 |
| Embassy Freight Systems USA<br>Attn: Ales Michalec, President<br>2208 McClellan Highway<br>East Boston, MA 02118 | 617-569-5180<br>Embassy Freight Systems USA<br>Attn: Ales Michalec, President<br>2208 McClellan Highway<br>East Boston, MA 02118 | | | $71,757.96 |
| Furniture Today<br>P.O. Box 1424<br>Riverton, NJ 08077 | 978-465-1717<br>Union Specialties, Inc.<br>Attn: Mervat Badawy<br>3 Malcolm Hoyt Drive<br>Newburyport, MA 01950 | | | $70,306.55 |
| Stoever U.S.<br>Attn. Brucke McKensey<br>P.O. Box 8137<br>1 Outlook Hill Road<br>Salem, MA 01970 | 978-745-7475<br>Stoever U.S.<br>Attn. Brucke McKensey<br>P.O. Box 8137<br>1 Outlook Hill Road | | | $66,064.54 |
| Tower Group International<br>Attn: Carmen Levenson<br>P.O. Box 1188<br>Boston, MA 14240-1188 | 617-887-8613<br>Tower Group International<br>Attn: Carmen Levenson<br>P.O. Box 1188<br>Boston, MA 14240-1188 | | | $61,635.28 |
| Garden State Tanning, Inc.<br>Attn: Fred Haegele<br>661 More Road, Suite 120<br>King of Prussia, PA 19406 | 610-265-3400 (2002)<br>Garden State Tanning, Inc.<br>Attn: Fred Haegele<br>661 More Road, Suite 120<br>King of Prussia, PA 19406 | | | $54,098.20 |
| Verrill & Dana<br>Attn: Alan D. MacEwan<br>One Portland Square<br>P.O. Box 586<br>Portland, ME 04112-0586 | 207-774-4000<br>Verrill & Dana<br>Attn: Alan D. MacEwan<br>One Portland Square<br>P.O. Box 586 | | | $53,950.22 |

In re: **Irving Tanning Company**
       **01-00733201**

Case No.

Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marsh USA Risk Services, Inc.<br>Attn: Joe Croteau, SVP<br>Two Monument Square<br>P.O. Box 9755<br>Portland, ME 04104 | 207-773-0300<br>Marsh USA Risk Services, Inc.<br>Attn: Joe Croteau, SVP<br>Two Monument Square<br>P.O. Box 9755 | | | $50,000.00 |
| Atlas Refinery Incorporated<br>Attn: Marbara Nagengast, Controller<br>142 Lockwood Street<br>Newark, NJ 07105 | 973-589-2002<br>Atlas Refinery Incorporated<br>Attn: Marbara Nagengast, Controller<br>142 Lockwood Street<br>Newark, NJ 07105 | | | $46,359.54 |
| WESCO, Inc.<br>Attn: Gene Carter, President<br>Box 194<br>Norton, KS 67654 | 800-552-8119<br>WESCO, Inc.<br>Attn: Gene Carter, President<br>Box 194<br>Norton, KS 67654 | | | $45,613.50 |
| V S P Abrasive Co.<br>Vahe Pirjanian<br>701 Ivy Street<br>Glendale, CA 91204 | 818-244-8251<br>V S P Abrasive Co.<br>Vahe Pirjanian<br>701 Ivy Street<br>Glendale, CA 91204 | | | $45,259.90 |
| Maine Staffing Services<br>Attn: Morrison Bonpasse<br>71 Hospital Street<br>Augusta, ME 04330-6617 | 800-456-0660<br>Maine Staffing Services<br>Attn: Morrison Bonpasse<br>71 Hospital Street<br>Augusta, ME 04330-6617 | | | $43,188.54 |

I, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _3/29/01_

Signature: _David Middleton_
**David Middleton**
**President**

CERTIFICATION OF VOTES

IRVING TANNING COMPANY

ACTIONS TAKEN BY
THE BOARD OF DIRECTORS
AT SPECIAL MEETING - MARCH 22, 2001

The undersigned being the Clerk of the above-named corporation (the "Corporation"), hereby certifies that the following votes were taken and the following resolutions passed by the board of directors at a special meeting held on March 22, 2001, all members being present or present by telephone, as permitted by the by-laws of the Corporation, and all members having waived any further requirements for notice of said meeting:

RESOLVED THAT: The Corporation appoint a Workout Committee of the board to consist of Messrs. Johnson, Larochelle, and Middleton and to authorize the Committee, on behalf of the Corporation, (i) to continue attempts to find a suitable funding source for the purpose of buying the banks' loan positions and to continue discussions with the banks in that regard; and (ii) in the event that such discussions, in the Committee's sole discretion, are unsuccessful, to direct bankruptcy counsel to prepare and file a petition for relief under Chapter 11 of the Bankruptcy Code at such time as the Committee shall deem appropriate and without further action of the board; and further

RESOLVED THAT: The Chairman, Vice-Chairman, and President of the Corporation are, and each of them hereby is, authorized to execute such petition for relief, schedules and statements, and further documents as he may deem necessary or appropriate in connection therewith on behalf of the Corporation, the execution and delivery of such documents to be conclusive evidence of the board's authorization.

Dated this 27th day of March, 2001.

_____
Alan D. MacEwan, Clerk